994.  INGRAM *v.* SAVANNAH ELECTRIC COMPANY.

HILL, C. J. In a suit to recover damages resulting from an assault and battery, the extent of the injury, and the existence and character of mitigating circumstances, are to be determined exclusively by the jury; and a verdict for nominal damages, approved by the trial judge, will not be disturbed by this court.          *Judgment affirmed.*

Action for damages, from city court of Savannah—Judge Freeman. December 31, 1907.

Submitted March 12,—Decided April 20, 1908.

The plaintiff sued for $1,000. There was a verdict in his favor for $1. He made a motion for a new trial, on the grounds that the verdict was contrary to law and to the evidence, and without evidence to support it. The motion was overruled, and he excepted.

*George W. Owens*, for plaintiff.

*Osborne & Lawrence*, for defendant.